```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

IRISH HOUSTON,                        :
                                      :
    Plaintiff,                        :
                                      :
v.                                    :     CIVIL ACTION 06-0114-M
                                      :
JO ANNE B. BARNHART,                  :
Commissioner of                       :
Social Security,                      :
                                      :
    Defendant.                        :

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Irish Houston and against Defendant Jo Anne B. Barnhart.

DONE this 20th day of October, 2006.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE