```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

IRISH HOUSTON,                          :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :   CIVIL ACTION 06-0114-M
                                        :
MICHAEL J. ASTRUE[1],                   :
Commissioner of                         :
Social Security,                        :
                                        :
    Defendant.                          :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be **GRANTED** and that Plaintiff's counsel be **AWARDED** an EAJA attorney's fee in the amount of $1,462.50 for his services before this Court.  No costs are taxed.

    DONE this 12th day of March, 2007.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Effective February 1, 2007, Michael J. Astrue was confirmed by the Senate to serve as the Commissioner of Social Security.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for Commissioner Jo Anne B. Barnhart as the Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).