```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

IRISH HOUSTON,                       :
                                     :
    Plaintiff,                       :
                                     :
vs.                                  :    CIVIL ACTION 06-0114-M
                                     :
MICHAEL J. ASTRUE,                   :
Commissioner of                      :
Social Security,                     :
                                     :
    Defendant.                       :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED and DECREED** that Plaintiff's attorney's Joint Petition for Authorization of Attorney Fees be and is hereby **GRANTED** and that Plaintiff's attorney be and is hereby **AWARDED** a fee in the amount of $1,065.75 for his services before this Court.  It is **FURTHER ORDERED** that Plaintiff's attorney be allowed to retain the higher amount of $1,462.50, which sum represents the EAJA fee counsel was previously awarded, and pay to Plaintiff the smaller sum of $1,065.75.

DONE this 17th day of June, 2008.

                                            <u>s/BERT W. MILLING, JR.</u>
                                            UNITED STATES MAGISTRATE JUDGE